IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Case No. 1:23-cr-00272 |
| vs. | : |
| | Judge Timothy J. Kelly |
| ROBERT HANNA, | : |
| Defendant. | : |

**NOTICE OF APPEARANCE**

Richard Monahan, Acting Federal Public Defender for the Southern District of Ohio, hereby notifies this Court that Attorney James Sanchez is appearing into this case to represent Robert Hanna.

        Respectfully submitted,

        RICHARD MONAHAN
        ACTING FEDERAL PUBLIC DEFENDER

        s/James Sanchez
        James Sanchez (287552019 NJ)
        Office of the Federal Public Defender
        1 South Main Street, Suite 490
        Dayton, Ohio 45402
        james_sanchez@fd.org.

        Attorney for Defendant
        Robert Hanna

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

      s/James Sanchez
      James Sanchez